

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2804
Fax. (212) 637-2750



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
:
GAIL ANDINO o/b/o                :
JEREMIA MARTINEZ,                :
                                 :
         Plaintiff,              :
                                 :
    - v. -                       :
                                 :     STIPULATION AND ORDER
MICHAEL J. ASTRUE,               :     08 Civ. 2186 (BSJ)
Commissioner of                  :
Social Security,                 :
                                 :
         Defendant.              :
                                 :
- - - - - - - - - - - - - - - - x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from May 12, 2008 to and including July 14, 2008.  The reason for the request is that the



administrative record has not yet been received by defendant's counsel.  No prior extension has been requested in this case.

Dated:  New York, New York
        April 14, 2008

*[signature: Gail Andino]*
GAIL ANDINO o/b/o
JERAMIA MARTINEZ
Plaintiff pro se
1740 Fillmore Street
  Apt.#2
Bronx, New York  10460
Telephone No.: (718) 666-6434

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant

By: *[signature: Susan C. Branagan]*
SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Telephone No.: (212) 637-2804
Susan.Branagan@usdoj.gov

SO ORDERED:

*[signature: Barbara S. Jones]*
UNITED STATES DISTRICT JUDGE