USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GAIL ANDINO,  :

         Plaintiff,  : **SCHEDULING ORDER**

    -against-  :

                              08 Civ. 2186 (BSJ)(GWG)

SOCIAL SECURITY,  :
         Defendant.
------------------------------------------------------------x

GABRIEL W. GORENSTEIN, United States Magistrate Judge

    A complaint and answer having been filed in this matter, IT IS HEREBY ORDERED that:

    1.   On or before August 11, 2008, defendant shall serve and file a motion for judgment on the pleadings.

    2.   On or before September 10, 2008, plaintiff shall serve and file any papers opposing the motion.

    3.   On or before September 24, 2008, defendant may serve and file a memorandum of law in reply.

    4.   Should plaintiff fail to oppose defendant's motion, this Court will decide the motion based solely on the defendant's submission.

    SO ORDERED.

Dated: New York, New York
       July 18, 2008

                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge

Copies mailed to:

Gail Andino
1740 Fillmore Street, #2
Bronx, NY 10460

Susan C. Branagan
Assistant United States Attorney
86 Chambers Street, 3rd floor
New York, NY 10007