

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

## MEMORANDUM ENDORSED

*86 Chambers Street*
*New York, New York 10007*

August 8, 2008

BY FAX

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 510
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-13-08
```

    Re: <u>Gail Andino o/b/o J.M. v. Astrue</u>
         08 CV 2186 (BSJ)(GWG)

Dear Judge Gorenstein:

    This Office represents the Commissioner of Social Security, defendant in this action. I write respectfully to advise the Court of recent events and to request an extension of the briefing schedule.

    Pursuant to the Court's Order of July 18, 2008, defendant shall serve and file a motion for judgment on the pleadings on or before Monday, August 11, 2008; plaintiff shall serve and file any opposition on or before September 10, 2008; and defendant shall serve and file a reply on or before September 24, 2008. In preparing defendant's motion in this case, I encountered an issue that required me to contact the Agency. As a result, the Commissioner is reconsidering his position in this case. Accordingly, I respectfully request a thirty-day extension of the briefing schedule. Subject to the Court's approval, the new schedule would be as follows: defendant shall file and serve his motion on or before September 10, 2008; plaintiff shall file and serve any opposition on or before October 10, 2008; and defendant shall file and serve any reply on or before October 24, 2008.

*Granted. No further extensions absent formal motion.*

SO ORDERED: DATE: 8/8/2008

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

   Plaintiff has not consented to this extension request, stating that she had already consented to one request for an extension. The Court granted one previous request from the government to extend defendant's time to file an answer. The reason for that request was that this Office had not yet received the administrative record.

   Thank you for your consideration of this matter.

           Respectfully,

           MICHAEL J. GARCIA
           United States Attorney

      By: *Susan C. Branagan*
         SUSAN C. BRANAGAN
         Assistant United States Attorney
         Telephone: (212) 637-2804
         Fax: (212) 637-2750

cc: Gail Andino, **Pro Se**